Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-413-302**

**Effective Date of Registration:**
August 29, 2024
**Registration Decision Date:**
September 19, 2024

---

## Title

       **Title of Work:** THPL-0059-01

## Completion/Publication

      **Year of Completion:** 2009
   **Date of 1st Publication:** August 01, 2009
 **Nation of 1st Publication:** United States

## Author

-            **Author:** Tina Louise Higgins
     **Author Created:** 2-D artwork
         **Citizen of:** United States

## Copyright Claimant

   **Copyright Claimant:** Tina Louise Higgins
                         6044 E. Calle Camelia, Scottsdale, AZ, 85251-4205, United States

## Rights and Permissions

              **Name:** Tina Louise Higgins
              **Email:** design@tinahiggins.com
           **Address:** 6044 E. Calle Camelia
                             Scottsdale, AZ AZ 85251-4205 United States

## Certification

              **Name:** David Denholm
               **Date:** August 29, 2024
**Applicant's Tracking Number:** TH2024082804



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-746**

**Effective Date of Registration:**
September 15, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

       **Title of Work:** TH15-001-03 Cotton Tail

## Completion/Publication

       **Year of Completion:** 2015
    **Date of 1st Publication:** January 05, 2016
  **Nation of 1st Publication:** United States

## Author

-           **Author:** Tina Louise Higgins
      **Author Created:** 2-D artwork
          **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Tina Louise Higgins
6044 E. Calle Camelia, Scottsdale, AZ, 85251-4205, United States

## Rights and Permissions

            **Name:** Tina Louise Higgins
            **Email:** design@tinahiggins.com
         **Address:** 6044 E. Calle Camelia
Scottsdale, AZ AZ 85251-4205 United States

## Certification

                    **Name:** David Denholm
                      **Date:** September 15, 2024
**Applicant's Tracking Number:** TH2024091601



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-461**

**Effective Date of Registration:**
August 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** TH22-023-14 Jolly Old Saint Nick

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 01, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Tina Louise Higgins
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tina Louise Higgins
6044 E. Calle Camelia, Scottsdale, AZ, 85251-4205, United States

## Rights and Permissions

**Name:** Tina Louise Higgins
**Email:** design@tinahiggins.com
**Address:** 6044 E. Calle Camelia
Scottsdale, AZ AZ 85251-4205 United States

## Certification

**Name:** David Denholm
**Date:** August 29, 2024
**Applicant's Tracking Number:** TH2024082802

Page 1 of 2

